Decided June 9, 2004

---

MARIE SMITH *v.* MEDIPLEX OF WESTPORT ET AL.

The petition by the plaintiff Merilyn Smith, executrix of the estate of Marie Smith, for certification for appeal from the Appellate Court (AC 24747) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for late filing?"

The Supreme Court docket number is SC 17210.

*Merilyn Smith,* pro se, in support of the petition.

Decided June 9, 2004

---

RONALD HUNT *v.* BOROUGH OF NAUGATUCK

The defendant's petition for certification for appeal from the Appellate Court (AC 25129) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

The Supreme Court docket number is SC 17205.

*William J. Ward,* in support of the petition.

Decided June 9, 2004